## (November 16, 1962)

■ WHOLESALE LAUNDRY BOARD OF TRADE, INC., et al. v. CITY OF NEW YORK. NEW YORK STATE RESTAURANT ASSOCIATION, INC., et al. v. CITY OF NEW YORK et al.— Motions for a stay granted pending the hearing and determination of the appeals, on condition that the appeals are perfected as Non-Enumerated Appeals for argument on November 21, 1962 at 2:00 P.M. The appeals will be heard on the original records and upon typewritten or printed appellants' and respondents' points. If the appellants elect to dispense with the printing of their appellants' points, they are directed to serve one typewritten copy thereof upon the Corporation Counsel and file six typewritten copies together with the original record with this court on or before noon on November 19, 1962. If the respondents elect to dispense with the printing of their respondents' points, they are directed to serve one typewritten copy thereof upon the attorney for appellants and file six typewritten copies with this court on or before noon on November 21, 1962. The appellants are directed to file a note of issue and notice of argument on or before November 19, 1962 for November 21, 1962. If the appellants or respondents elect to print their respective points, the aforesaid dates shall apply. Concur — Botein, P. J., Valente, McNally, Stevens and Steuer, JJ.

## (November 19, 1962)

■ In the Matter of PICCOLO CLUB, INC. v. NEW YORK STATE LIQUOR AUTHORITY.— Motion granted only to the extent of adding this proceeding to the December 4, 1962 Calendar of this court on condition that petitioner procures the record in this proceeding and petitioner's points to be served and filed on or before 4:00 P.M. November 23, 1962, with notice of argument for December 4, 1962, said proceeding to be argued or submitted when reached. Respondent's points are to be served and filed on or before 4:00 P.M., November 30, 1962. In all other respects the motion is denied. Concur — Breitel, J. P., Valente, McNally, Stevens and Steuer, JJ.